# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TOWER RECORDS, INC., a Delaware corporation, and CUMBERLAND CORPORATE SERVICES LTD., a BVI company,<br><br>Plaintiffs,<br><br>v.<br><br>TOWER RECORDS SQUARE, LLC, a California limited liability company,<br><br>Defendant. | Case No. 2:23−cv−03022−KK (JPRx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Kenly Kiya Kato<br>Crtrm: 3<br><br>Complaint Filed: April 21, 2023<br>Trial Date: TBD |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

604423156

ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

This matter came before the Court on a Joint Stipulation for Voluntary Dismissal With Prejudice filed by plaintiffs Tower Records, Inc. and Cumberland Corporate Services LTtd., (collectively "Plaintiffs") on the one hand, and defendant Tower Records Square, LLC ("Defendant") on the other. The Stipulation is hereby GRANTED and all claims filed by Plaintiffs against Defendant are hereby dismissed with prejudice. Each party shall bear its own costs and fees, including all attorneys' fees.

**IT IS SO ORDERED.**

DATED: September 24, 2024

_____
HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

604423156

1

ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE